# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-CV-60090-WPD

Plaintiff:
**Diana Santiago**

vs.

Defendant:
**DMD Restaurant Group, LLC d/b/a Twin Peaks**

For:
Charles Eiss
Eiss Massillon, P.L.
7951 Sw 6th Street
Suite 112
Plantation, FL 33324

Received by Sandra M. Quinones on the 16th day of January, 2020 at 10:02 am to be served on **Dmd Restaurant Group, Llc D/B/A Twin Peaks c/o Registered Agent, Fred Burgess, 15951 Sw 41st Street, Suite 800, Davie, FL 33331**.

I, Sandra M. Quinones, do hereby affirm that on the **24th day of January, 2020** at **11:21 am, I:**

served the LIMITED LIABILITY COMPANY by delivering a true copy of the **Summons in a Civil Action & Complaint** with the date and hour of service endorsed thereon by me, to: **Francesca Delfino** as **Bookkeeper** at the address of: **15951 Sw 41st Street, Suite 800, Davie, FL 33331**, and informing said person of the contents of the matter thereof, after having first attemtped to serve the Registered Agent, Member, Manager, or Designated Employee on **1/17/2020** in compliance with state statutes 48.062.

**Description** of Person Served: Age: 37, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Light Brown, Glasses: N

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: _____
JAN 2 4 2020

Sandra M. Quinones
Special Process Server #394

L.R.I. (Process Service & Litigation Support)
1011 South Federal Highway
2nd Floor
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2020000477

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DIANA SANTIAGO </br></br> *Plaintiff* </br></br> v. </br></br> DMD RESTAURANT GROUP LLC d/b/a TWIN PEAKS </br></br> *Defendant* | ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 20-cv-60090-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DMD RESTAURANT GROUP LLC d/b/a Twin Peaks
c/o Registered Agent, FRED BURGESS
15951 SW 41st Street, Suite 800
Davie, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES M. EISS, Esquire
Law Offices of Charles Eiss, P.L.
7951 SW 6th Street, Suite 112
Plantation, FL 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/16/2020

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts